IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Bryan Porter, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00400 |
| v. | : | Judge Marbley |
| Ashland Oil Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Plaintiff Bryan Porter's unopposed May 13, 2008 motion to remand this case to the Court of Common Pleas for Delaware County, Ohio (doc. 8) is GRANTED.

Plaintiff maintains that the claim he asserts against Ashland is discharge from employment in violation of Ohio Revised Code § 4123.  Under Ohio Revised Code § 4123.90, the sole jurisdiction overs such claims is in an Ohio common pleas court.

Accordingly, this case is REMANDED to the Court of Common Pleas for Delaware County, Ohio.

    s/Algenon L .Marbley
Algenon L. Marbley, Judge
United States District Court